[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10935
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 13, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:09-cv-00614-RAL-TBM

SCHWEND, INC.,
a Florida for-profit corporation,

                                                      Plaintiff - Appellant,

versus

MANUEL ZURITA, in his individual capacity,
CLYDE LO CHIN, in his individual capacity,
JULIA DIAZ, in her individual capacity,

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 13, 2011)

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

    We conclude that the appellees are entitled to the defense of qualified

immunity as a matter of law for the reasons stated in the district court's February 18, 2011 order granting appellees' motion for summary judgment.

AFFIRMED.